SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------X

ILEEN LABOY,

                Plaintiff,

   -against-

PATHMARK STORES INC.,

                Defendant.

----------------------------------------------------X

Index #23242/06

**CPLR Section 3017(c)
REQUEST FOR A
SUPPLEMENTAL DEMAND**

COUNSELORS:

      PLEASE TAKE NOTICE, that pursuant to CPLR Section 3017(c) defendant, PATHMARK STORES, INC., hereby demand that within fifteen (15) days plaintiff, ILEEN LABOY, provide a Supplemental Demand setting forth the total damages to which plaintiff deems herself entitled.

      PLEASE TAKE FURTHER NOTICE, that in the event the Supplemental Demand is not served within fifteen (15) days of this request, defendant shall move for an Order requiring plaintiff's compliance.

Dated:  Mineola, New York
         December 22, 2006

Yours, etc.,

KRAL, CLERKIN, REDMOND, RYAN,
    PERRY & GIRVAN, LLP
Attorneys for Defendant
PATHMARK STORES, INC.
Office & P.O. Address
69 East Jericho Turnpike
Mineola, New York 11501
516-742-3470

BY: _____
    HENRY M. PRIMAVERA

TO:  LEVINE & GROSSMAN
      Attorneys for Plaintiff
      114 Old Country Road
      Mineola, New York 11501
      (516) 248-7575