SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------x

ILEEN LABOY,

                Plaintiff,

- against -

PATHMARK STORES, INC.,

                Defendant.

------------------------------------------------x

RESPONSE TO
A SUPPLEMENTAL
DEMAND

Index No. 23242/06

SIRS:

    Plaintiff, ILEEN LABOY, by her attorneys LEVINE & GROSSMAN, sets for the amount of $ 1,000,000.00 as for her Supplemental Demand for damages.

Dated: Mineola, New York
       March 30, 2007

                                          Yours, etc.

                                          LEVINE & GROSSMAN

                                          By: _____
                                               FRANK TORRES
                                          Attorney for Plaintiff(s)
                                          114 Old Country Road, Ste. 460
                                          Mineola, New York 11501
                                          (516) 248-7575

TO:   KRAL, CLERKIN, REDMOND, RYAN
        PERRY & GIRVAN, LLP
     Attorney for Defendant
     69 East Jericho Turnpike
     Mineola, New York 11501
     (516) 742-3470

Index No.   23242           Year 2006

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

ILEEN LABOY,

                                                        Plaintiff(s),

                - against -

PATHMARK STORES, INC.,

                                                        Defendant(s).

## VERIFIED BILL OF PARTICULARS
## DEMAND FOR BILL OF PARTICULARS
## RESPONSE TO NOTICE FOR DISCOVERY & INSPECTION
## RESPONSE TO SUPPLEMENTAL DEMAND

**LEVINE & GROSSMAN**
*Attorney(s) for Plaintiff(s)*
190 Willis Avenue
Mineola  NY 11501
(516) 747-2956

To:

*Attorney(s) for*

Service of a copy of the within           is hereby admitted.

Dated:

                                                        *Attorney(s) for*

PLEASE TAKE NOTICE

[ ]  NOTICE OF ENTRY
that the within is a (certified) copy of a
entered in the office of the clerk of the within named Court on         20

[ ]  NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the
Hon.          , one of the judges of the within named Court, at
on          20  , at      M.

Dated:

                                    **LEVINE & GROSSMAN**
                                    *Attorney(s) for Plaintiff(s)*
                                    190 Willis Avenue
                                    Mineola  NY 11501
                                    (516) 747-2956

To:

*Attorney(s) for*

ILEEN LABOY,

Plaintiff,

-against-

PATHMARK STORES, INC.,

Defendant.

## NOTICE OF REMOVAL

**KRAL, CLERKIN, REDMOND, RYAN PERRY & GIRVAN, LLP**

*Attorneys for*

**PATHMARK**

69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501
(516) 742-3470

§2103 (b) (5) Notice: Service of Papers by Electronic Means is Not Accepted

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: ............................

Signature .............................. *[signed]*

Print Signer's Name .............. John J. Ulrich

*Service of a copy of the within* ........................................ *is hereby admitted.*

Dated:

............................

*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                     20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.                     one of the judges of the within named Court,
at
on             20       , at            M.

Dated:

**KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**

*Attorneys for*

69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501

To:

*Attorney(s) for*