UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ILEEN LABOY,

                Plaintiff,                    ***RULE 7.1 STATEMENT***

    -against-

PATHMARK STORES, INC.,                         Docket #

                Defendant.

------------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

    That Pathmark Stores, Inc. is a publicly traded corporation which operates a chain of supermarkets in the Northeastern United States. It is incorporated in the State of Delaware. Its principal place of business is in the State of New Jersey. There are no other parent corporations, subsidiaries or affiliates which are publicly held.

Dated: Mineola, New York
       April 13, 2007

BY: _____
SIGNATURE OF ATTORNEY
JOHN J. ULLRICH (4913)