USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                          :
ILEEN LABOY,                              :      07 Civ. 02984  (RJH)
                                          :
                    Plaintiff,            :
                                          :
          -against-                       :      **ORDER**
                                          :
PATHMARK  STORES, Inc. ,                  :
                                          :
                                          :
                    Defendant.            :
                                          :
----------------------------------------------------------x

The pretrial conference scheduled for July 27, 2007 is rescheduled to

August 01, 2007, at 10:30 a.m.,  in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 20, 2007
SO ORDERED:

                              Richard  J. Holwell
                              United States District Judge