```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ILEEN LABOY,

                Plaintiff,

    -against-

PATHMARK, Inc.,

                Defendant.

------------------------------------------------------------x

07 Civ. 02984 (RJH)

**ORDER**

      The pre-trial conference scheduled for January 25, 2008 is rescheduled to March 06, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 10, 2008
SO ORDERED:

                                            Richard J. Holwell
                                            United States District Judge