# LAW OFFICES OF
# KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP



69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501

| NEW YORK OFFICE | (516) 742-3470 | SUFFOLK OFFICE |
| 170 Broadway | FAX (516) 742-6243 | 496 Smithtown Bypass |
| New York, New York 10038 | | Smithtown, New York 11787 |
| (212) 406-9710 | | (631) 265-0134 |
| Fax (212) 571-0874 | | Fax (631) 265-4289 |

Nicole Licata-McCord
Nicole.McCord@KCRRPG.com

January 29, 2008

**Via facsimile (212) 805-7948**

Honorable Justice Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

    Re:    Ileen Laboy v. Pathmark Stores, Inc.
           Docket #: 07CV2984 (RH)

Dear Justice Holwell:

    Please be advised that the firm of Kral Clerkin Redmond Ryan Perry & Girvan, LLP represents defendant Pathmark Stores Inc. with respect to the above-referenced matter. Please be further advised that the parties in this matter are mutually requesting an extension of time of the deadlines set forth in the Case Management Plan dated August 8, 2007. To this end, we request that <u>fact discovery currently due by February 1, 2008, be extended to March 1, 2008</u>. To date, plaintiff's deposition was held on January 10, 2008 and defendant's deposition was held on January 24, 2008. Defendant's designation of an Independent Medical Examination physician has been delayed as we are currently awaiting complete hospital and medical records. Moreover, after the completion of the parties' depositions, it was determined that non-party witness depositions are necessary as well as the possibility of a third-party action against the floor maintenance company.

KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP

We also request that dispositive motions currently due by March 1, 2008 be extended to April 1, 2008 and a Proposed Pre-Trial Order currently due by May 1, 2008 be extended until June 1, 2008. No previous requests have been made for an extension of the Joint Case Management Plan. A Pre-Trial Conference which was previously scheduled for January 25, 2008 has been rescheduled to March 6, 2008.

Thank you for your attention and courtesies.

*Application Granted*
*So Ordered*

Respectfully Submitted,

KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP

By: _____
NICOLE LICATA-McCORD (6717)

USDJ
2.1.08

NLM:jk
cc: Levine & Grossman

2