USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ILEEN LABOY,                                          :                    07 Civ. 02984 (RJH)
                                                      :
                          Plaintiff,                  :
                                                      :
            -against-                                 :                    **ORDER**
                                                      :
PATHMARK, Inc.,                                       :
                                                      :
                                                      :
                          Defendant.                  :
                                                      :
------------------------------------------------------------x

The pre-trial conference scheduled for March 06, 2008 is rescheduled to

March 11, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
February 26, 2008
SO ORDERED:

Richard J. Holwell
United States District Judge