```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ILEEN LABOY,

                     Plaintiffs,

    - against -

PATHMARK STORES, Inc. ,

                     Defendants.

-----------------------------------------------------------X

07  Civ. 02984 ( RJH )

**ORDER**

        On March 11, 2008, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York.   Present before the Court were all parties represented by their attorneys. The Court entered the following Order:

    1.   A final - pre trial conference will be held on June 13, 2008 at 2:30 pm. .

    2.   Trial to start July 15, 2008 at 10:00 a. m. .

SO  ORDERED :
Date: New York, New York:
March 18, 2008

                             Richard J. Holwell
                        United States District Judge