WILLIAM F. LEVINE
MICHAEL B. GROSSMAN
SCOTT D. RUBIN*
(MANAGING PARTNER)

MARY RITA WALLACE*
PAMELA SHARPE*
MICHELLE F. LASKIN
STACEY HASKEL +
FRANK TORRES

* (N.Y. & MASS. BAR)
+ (N.Y. N.J BAR)

PETER D. KOLBRENER
COUNSEL

LAW OFFICES
**WILLIAM F. LEVINE**
AND
**MICHAEL B. GROSSMAN**
114 OLD COUNTRY ROAD
SUITE 460
MINEOLA, NEW YORK 11501

(516) 248-7575
(516) 294-0066
FAX (516) 294-0645

VIA OVERNIGHT MAIL

May 28, 2008

Honorable Justice Richard J. Howell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED MAY 29 2008 CHAMBERS OF RICHARD J. HOLWELL

Re: Ileen Laboy v. Pathmark Stores, Inc.
    Docket #: 07CV2984(RH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

Dear Honorable Sir:

Please allow this letter to serve as the undersigned's formal request for an extension of time for at least forty-five (45) days in order to file the Joint Pre-Trial Order for the following reasons.

Since the last Discovery Conference, we have had an exchange of additional records and medical authorizations, together with a further deposition of the Plaintiff, our client, which was held last week on May 22, 2008.

Unfortunately, discovery has nevertheless been delayed because our client was unable to undergo her physical examination as scheduled by Defendant's examining physician. On the day of the scheduled physical, while awaiting her examination, our client was suddenly called away because her mother had to be rushed to the hospital and our client, the next of kin, had to accompany her. We have since placed a phone call to the examining physician and are awaiting a response as to the rescheduling of this physical.

In light of the foregoing, we are unable to complete the Joint Pre-Trial Order without the benefit of this examination which the Defendant also needs in order to complete their evaluation and respond to our settlement demand.

Thus, so as not to prejudice the Defendant since the delay was through no fault of their own, and in light of the sudden emergency faced by our client, we respectfully ask the deadline be adjourned for at least forty-five (45) days.

Re: Ileen Laboy v. Pathmark Stores, Inc.
    Docket #: 07CV2984(RH)

Thank you so much for your time and consideration to this matter.

Respectfully yours,

LEVINE & GROSSMAN

Frank Torres
FT/ad
cc: Kral, Clerkin, Redmond, Ryan,
    Perry & Girvan
    Attn: John J. Ullrich, Esq.
    Via Regular Mail and Fax

> A telephone conference will be held on June 6, 2008 at 10:00 a.m. to consider plaintiff's request. Plaintiff's counsel to initiate the call.
>
> SO ORDERED
>
> USDJ
> 5/31/08